IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE, an individual,

    Plaintiff,

v.                                                       Case No. 1:20-cv-01365-KWR-LF

LEWIS ROCA ROTHGERBER CHRISTIE LLP,
a limited liability partnership, and Does 1-60, inclusive,

    Defendant.

## STIPULATED ORDER GRANTING LEWIS ROCA ROTHGERBER CHRISTIE LLP'S UNOPPOSED MOTION TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO AMEND UNDER SEAL

Before the Court is the Lewis Roca Rothgerber Christie LLP's Unopposed Motion to File Its Response to Plaintiff's Motion to Amend Under Seal [Doc. 115 ] The Court, having reviewed the Motion, and having found that Plaintiff's privacy and the confidentiality of matters in this case pose a significant countervailing interest heavily outweighing the public interest in access to the courts as to LRRC's Response to Plaintiff's Motion to Amend, hereby exercises its judicial discretion to order that LRRC may file its Response under seal.

Accordingly, LRRC is permitted to files its Response to Plaintiff's Motion to Amend, and any accompanying exhibits, under seal. Access to this Response, and any accompanying exhibits, shall be limited to the Court, parties, and counsel, as set forth in the Confidentiality Agreement and Proposed Order [Doc. 73].

    **IT IS SO ORDERED**.

                                                      **KEA W. RIGGS**
                                                    **UNITED STATES DISTRICT JUDGE**

APPROVED:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/Tiffany L. Roach Martin*
   Tim L. Fields
   Tiffany L. Roach Martin
   Jennifer A. Kittleson
   *Attorneys for Lewis Roca Rothgerber Christie LLP*
   500 Fourth Street NW, Suite 1000
   Albuquerque, NM 87102
   505-848-1800 / Fax 505-848-9710

AND

TAYLOR & RING

By: */s/ electronic approval on 12.20.22*
   David M. Ring
   Neil K. Gehlawat
   *Attorneys for Plaintiff*
   1230 Rosecrans Ave., Suite 360
   Manhattan Beach, CA 90266
   (310) 209-4100 / Fax (310) 208-5052